Orders.

May 26, 1998

*Further appellate review granted:*

COMMONWEALTH *vs.* JULIE M. AMIDON. Reported below: 44 Mass. App. Ct. 338 (1998).

COMMONWEALTH *vs.* FLOYD A. AMIDON, JR. (No. 1). Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* FLOYD A. AMIDON, JR. (No. 2). Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* DAVID COOK. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* ROBERT LASHER. Reported below: 44 Mass. App. Ct. 1120 (1998).

*Further appellate review denied:*

COMMONWEALTH *vs.* LEON L. ABRAMS. Reported below: 44 Mass. App. Ct. 584 (1998).

COMMONWEALTH *vs.* MUJAHID BAHAR. Reported below: 44 Mass. App. Ct. 1121 (1998).

COMMONWEALTH *vs.* JOSEPH V. JONES, THIRD. Reported below: 44 Mass. App. Ct. 1122 (1998).

COMMONWEALTH *vs.* THOMAS H. MOLLOY. Reported below: 44 Mass. App. Ct. 306 (1998).

COMMONWEALTH *vs.* EDDIEFONSO ORTIZ. Reported below: 44 Mass. App. Ct. 1119 (1998).

COMMONWEALTH *vs.* JUAN CARLOS SORTO. Reported below: 44 Mass. App. Ct. 1118 (1998).

COMMONWEALTH *vs.* TERRY T. THOMAS. Reported below: 44 Mass. App. Ct. 521 (1998).

COMMONWEALTH *vs.* JUAN GARCIA TORRES. Reported below: 44 Mass. App. Ct. 1118 (1998).

LEQUASIA PLUMMER *vs.* MARTIN S. GILLIESON & others. Reported below: 44 Mass. App. Ct. 578 (1998).

May 29, 1998

*Further appellate review denied:*

WALLBOARD SUPPLY COMPANY, INC. *vs.* CHARLES CONSTRUCTION CO., INC. & another. Reported below: 44 Mass. App. Ct. 1111 (1998).

June 26, 1998

*Further appellate review denied:*

ADOPTION OF ROSE. Reported below: 44 Mass. App. Ct. 1111 (1998).

ADOPTION OF WARREN. Reported below: 44 Mass. App. Ct. 620 (1998).

GREG BROWN *vs.* MCLEAN HOSPITAL & another. Reported below: 44 Mass. App. Ct. 1122 (1998).

MELVIN A. BROWN *vs.* CHICOPEE FIRE FIGHTERS, LOCAL 1710, & others. Reported below: 44 Mass. App. Ct. 1123 (1998).

COMMONWEALTH *vs.* MARK C. BLACKWELL. Reported below: 44 Mass. App. Ct. 804 (1998).

COMMONWEALTH *vs.* KAYSHAWN BURSTON. Reported below: 44 Mass. App. Ct. 1127 (1998).

COMMONWEALTH *vs.* THOMAS J. DIXON. Reported below: 44 Mass. App. Ct. 1125 (1998).

COMMONWEALTH *vs.* DAVID ELWELL. Reported below: 44 Mass. App. Ct. 1126 (1998).

COMMONWEALTH *vs.* CRAIG FELICE. Reported below: 44 Mass. App. Ct. 709 (1998).